**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| GREENFISH II, L.P., | : | CIVIL ACTION |
| By and Through its General Partner | : | |
| PURPLEFISH, LLC., <u>et al.</u> | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No.11-7628 |
| | : | |
| INTERNATIONAL PORTFOLIO, INC., <u>et al.</u> | : | |
| Defendants. | : | |

_____:

## <u>ORDER</u>

**AND NOW**, this 23rd day of July, 2012, upon consideration of Defendant International Portfolio, Inc.'s Motion to Dismiss (Doc. No. 18), Plaintiffs' response in opposition, their subsequent Motion to Withdraw Opposition in Part to Defendant International Portfolio, Inc.'s Motion to Dismiss and Transfer the Remainder of the Case to Montgomery County Court of Common Pleas (Doc. No. 77), and the responses and replies thereto, and for the reasons set forth in the Court's Memorandum Opinion, it is hereby **ORDERED** that:

1.  Plaintiffs' Motion (Doc. No. 77) is **GRANTED in part** as it relates to the withdrawal of their opposition to Defendant International Portfolio, Inc.'s Motion to Dismiss, and **DENIED** in all other respects.

2.  Defendant International Portfolio, Inc.'s Motion to Dismiss (Doc. No. 18) is **GRANTED in part** as it relates to Plaintiff Greenfish II, L.P.'s claims regarding Portfolios 1-4, as identified in Paragraph 57 of the Complaint, and **DENIED** in all other respects, consistent with the Court's Memorandum Opinion.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

_____
**MITCHELL S. GOLDBERG, J.**